IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ACQIS LLC**, <br><br>    Plaintiff, <br><br> v. <br><br> **INTERNATIONAL BUSINESS MACHINES CORP.,** <br><br>    Defendants. | Civil Action No. 6:11-cv-546-LED <br><br> Judge Leonard Davis <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE BY MICHAEL D. POWELL

International Business Machines Corp. ("IBM"), defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously given notice, is appearing as counsel of record.

Michael D. Powell
California State Bar No. 202850
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5000
Fax: (650) 801-5100
E-mail: mikepowell@quinnemanuel.com

Respectfully submitted,

/s/  Michael D. Powell
Michael D. Powell
California State Bar No. 202850
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5000
Fax: (650) 801-5100
E-mail: mikepowell@quinnemanuel.com

*Counsel for International Business Machines Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 9th day of November 2011.

/s/  Michael D. Powell
Michael D. Powell